UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 06-Cr-593 (SHS) |
| -v- | : | <u>ORDER</u> |
| JASON WALTON, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

At the request of the defendant [Doc. No. 385], with no objection from the U.S. Attorney's Office, and upon the recommendation of the Probation Office,

IT IS HEREBY ORDERED that the violation of supervised release specification filed on August 2, 2022, is dismissed.

Dated: New York, New York
October 27, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.